No. 98–7037. DeBardeleben *v.* United States District Court for the District of Maryland. C. A. 4th Cir. Certiorari denied.

No. 98–7038. Mathison *v.* United States. C. A. 8th Cir. Certiorari denied.

No. 98–7041. Mimms *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 98–7043. Byrd *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 98–7047. Petty *v.* United States. C. A. 8th Cir. Certiorari denied.

No. 98–7051. Holland *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 98–7055. Garrett *v.* United States. C. A. 3d Cir. Certiorari denied.

No. 98–7059. Broadwater *v.* United States. C. A. 11th Cir. Certiorari denied.

No. 98–7060. Ndibe *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 98–7062. Mound *v.* United States. C. A. 8th Cir. Certiorari denied.

No. 98–7063. Myers *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 98–7067. Morris *v.* United States. C. A. 6th Cir. Certiorari denied.

No. 98–7071. Loucks *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 98–7073. Mitchell *v.* United States. C. A. 7th Cir. Certiorari denied.

No. 98–7074. Moberly *v.* United States. C. A. 10th Cir. Certiorari denied.

No. 98–7082. Marshall *v.* United States et al. C. A. 5th Cir. Certiorari denied.